**Opinion issued February 26, 2013**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-11-00302-CV**

———————————

**WILMER TREMBLE, Appellant**

**V.**

**PLUS 4 CREDIT UNION, Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 56564**

---

## MEMORANDUM OPINION

Appellant Wilmer Tremble has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). Appellant's brief was first due November 26, 2012. After being

notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 38.8(a) (authorizing dismissal for failure to file brief); 42.3(b), (c) (authorizing involuntary dismissal of appeal).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Chief Justice Radack and Justices Higley and Brown.